AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PAUL SAPAN,<br><br>*Plaintiff(s)*<br>v.<br><br>THE PORTER GROUP, LLC., a Florida Limited Liability Company, MATTHEW MASCARENHAS, aka BRUCE R. PORTER and MATTHEW PORTER, an individual,<br>*Defendant(s)* | Civil Action No. 8:15-cv-00318 JLS(DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE PORTER GROUP, LLC.
MATTHEW MASCARENHAS, aka BRUCE R. PORTER and MATTHEW PORTER,
8336 NW 44th Street
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher J. Reichman  (SBN 250485)
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___05/12/2015___     _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:15-CV-00318 JLS(DFMX)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Mascarenhas, aka Bruce R. Porter and Matthew Porter
was received by me on *(date)* 05/26/2015 .

☑ I personally served the summons on the individual at *(place)* 8336 NW 44TH ST.
CORAL SPRINGS, FL 33065 at 6:35pm on *(date)* 05/28/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 45.00 for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: 05/30/2015

*Server's signature*

DEBORAH GARCIA RPS#1189
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92101
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES