JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PORTER GROUP, LLC, a Florida Limited Liability Company, MATTHEW MASCARENHAS, aka BRUCE R. PORTER and MATTHEW PORTER, an individual,<br><br>　　　　Defendants. | Case No. 8: 15-cv-00318 JLS-DFM<br><br>**JUDGMENT** |

　　　On November 13, 2015, this Court granted Plaintiff Paul Sapan's Motion for Default Judgment against Defendants the Porter Group, LLC and Matthew Mascarenhas, aka Bruce R. Porter and Matthew Porter. (Order, Doc. 22.) Therefore, and based thereon, IT IS HEREBY ORDERED that Judgment be entered in favor of Plaintiff and against Defendants Porter Group and Mascarenhas, aka Bruce R. Porter and Matthew Porter. Plaintiff is entitled to an award of $27,000 in statutory damages and $2,220 in attorneys' fees. Defendants are jointly and severally liable for the total award of $29,220.

　　　IT IS SO ORDERED.

DATED: November 20, 2015　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　The Honorable Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -